IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALVIN WESTON, et al.,** | : | **CIVIL ACTION** |
|     Plaintiffs, | : | |
| | : | |
| v. | : | No. 09-cv-3239 |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this __8TH__ day of August, 2011, upon consideration of Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. No. 31) and Defendant City of Philadelphia's Response in Opposition (Doc. No. 32), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiffs' Motion for Leave to File an Amended Complaint is **DENIED**.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE